RUSSELL A. FORSYTHE, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 29669.) — All concur. (Appeal from a judgment dismissing a claim for personal injuries and property damage to automobile alleged to have been sustained by claimant by reason of negligent condition of State highway.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

■

In the Matter of EDEN FARMS DAIRY, INC., et al., Petitioners, against C. CHESTER DU MOND, as Commissioner of Agriculture and Markets of the State of New York, Respondent. — All concur. (Proceeding to vacate determination of respondent in refusing to designate a part of Erie County now included in the Niagara Frontier Milk Marketing Area as a natural marketing area.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

■

DAVID C. SMITH, by His Guardian ad Litem, CLINTON E. SMITH, Appellant, v. NORTH SYRACUSE CENTRAL SCHOOLS, DISTRICT No. 3 OF TOWNS OF CLAY, CICERO, SALINA and DE WITT, Respondent. — All concur. (Appeal from a judgment dismissing plaintiff's complaint in a negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ. [See post, p. 845.]

■

CLINTON E. SMITH, Appellant, v. NORTH SYRACUSE CENTRAL SCHOOLS, DISTRICT No. 3 OF TOWNS OF CLAY, CICERO, SALINA and DE WITT, Respondent. — All concur. (Appeal from a judgment dismissing plaintiff's complaint in a negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ. [See post, p. 845.]

■

HANNAH SEIDEL, Appellant, v. DANIEL H. MAYNARD, Respondent. —

All concur. (Appeal from a judgment for defendant for no cause of action in an automobile negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.